UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Nehya Ahmed,   Case No. 11-53775
      Chapter 7
Debtor.   Hon. Marci B. McIvor
_____/

### ORDER REGARDING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

This matter came before the Court on the U.S. Trustee's Objection to Debtor's Claim of Exemption. Oral argument was heard on October 19, 2011 and the Court took the matter under advisement. For the reasons stated in an Opinion issued with this Order,

IT IS HEREBY ORDERED that Debtor may file a brief in support of her argument that the IRA account at LPL Financial is exempt from taxation under 26 U.S.C. §§ 401, 403, 408, 408A, 414, 457, or 501(c) of the Internal Revenue Code. If Debtor files a brief, the brief is due on or before November 2, 2011.

IT IS FURTHER ORDERED that if Debtor files a brief, the Trustee may file a response on or before November 9, 2011.

IT IS FURTHER ORDERED that if Debtor does not file a brief on the issue of the tax exempt status of the LPL Financial account, the Court will enter an Order sustaining the Trustee's Objection to Debtor's Claim of Exemption under 11 U.S.C. § 522(d)(12).

Signed on October 19, 2011

                    /s/ Marci B. McIvor
                    Marci B. McIvor
                    United States Bankruptcy Judge